UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM E. BECKWITH,

        Plaintiff,

    v.

ROBERT BOSCH FUEL SYSTEMS
CORPORATION,

        Defendant.
_____/

Case No. 1:04-CV-791

Hon. Marianne O. Battani[*]

**JUDGMENT**

In accordance with an Opinion entered this date;

**IT IS HEREBY ORDERED** that Defendant Robert Bosch Fuel Systems Corporations' Motion to Dismiss (Dkt. No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff William E. Beckwith's First Amended Complaint (Dkt. No. 21) is **DISMISSED WITH PREJUDICE**.

DATED: March 23, 2006

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

---

[*] The Honorable Marianne O. Battani, United States District Judge for the Eastern District of Michigan, sitting as a visiting judge pursuant to Administrative Order No. 05-167.